IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN L. MENDEZ,

        Plaintiff,                    No. CIV-09-3082 GGH P

    vs.

UNKNOWN,

        Defendants.             ORDER FOR PAYMENT

                                     /        OF INMATE FILING FEE

To: The Bureau Chief of the Delaware Department of Correction, 245 McKee Road, Dover, Delaware 19904:

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff has been assessed an initial partial filing fee of $ 1.91 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Bureau Chief of the Delaware Department of Correction or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in the amount of $ 1.91 and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Bureau Chief of the Delaware Department of Correction or a designee shall collect from plaintiff's prison trust account the $ 348.09 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Bureau Chief of the Delaware Department of Correction, 245 McKee Road, Dover, Delaware  19904:

. 4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: March 22, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
mend3082.fee